IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRADFORD L. DALEY,           )<br>                              )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                       )<br>                              )<br>DEMETRIUS SANDERS (Case      )<br>Manager), et al.,            )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:20cv881-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff, a federal prisoner, filed a motion for preliminary injunction seeking an order that the Bureau of Prisons release him to home confinement.  This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied as moot because he has now been placed on home confinement.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 38) is adopted.

(2) The motion for preliminary injunction (Doc. 1 at 3) is denied as moot.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of August, 2021.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**